

# NUMBER 13-20-00451-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

RONNIE PEARSON,                                       **Appellant,**

**v.**

BRITTANY JONES,                                         **Appellee.**

## On appeal from the 82nd District Court
## of Falls County, Texas.

# MEMORANDUM OPINION

**Before Justices Longoria, Hinojosa, and Silva**
**Memorandum Opinion by Justice Longoria**

Appellant Ronnie Pearson perfected an appeal from a judgment entered by the

82nd District Court of Falls County, Texas, in cause number CV40893.[1] Appellant has

---

[1] This appeal was transferred to this Court from the Tenth Court of Appeals in Waco by order of the Texas Supreme Court. *See* TEX. GOV'T CODE ANN. § 73.001 (granting the supreme court the authority to transfer cases from one court of appeals to another at any time that there is "good cause" for the transfer).

filed a second amended motion to dismiss the appeal as part of a plea bargain agreement reached in an underlying criminal case. Appellant, by and through his attorney, requests that this Court dismiss the appeal.

The Court, having considered the documents on file and appellant's second amended motion to dismiss the appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). Appellant's second amended motion to dismiss is granted, and the appeal is hereby dismissed. In accordance with the agreement of the parties, costs are taxed against the party incurring same. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained.

NORA L. LONGORIA
Justice

Delivered and filed on the
24th day of March, 2022.